IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 25-453 |
| | : | |
| CLIFT A. SEFERLIS | : | |

## ORDER

AND NOW, this 17th day of November 2025, upon considering the United States' Motion to impound the entirety of Exhibits 1-20 to its Change of Plea Memorandum as presented in Court today, having *in camera* reviewed each of the identified Exhibits mindful of our obligation to only restrict public access upon a showing particularized harm on a line-by-line basis and finding most of the proposed Exhibits include public information or otherwise do not identify a victim, it is **ORDERED** the United States' Motion to impound is **DENIED in part** and **GRANTED in part** requiring, in the interest of preserving the confidentiality of the victims' names at this stage:

1. The Clerk of Corut shall **SEAL** and **IMPOUND** the Exhibits in support of the United States Change of Plea Memorandum until further Order; and,

2. The United States is granted leave to file, on or before **November 20, 2025**, a "Notice of unredacted exhibits in support of a guilty plea memorandum" redacting only the identification and address of the victim possibly identified but otherwise not precluding public access to the Defendant's statements or to the wide variety of newspaper articles and public documents contained in the Exhibits.

_____
KEARNEY, J.