**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO.  25-453** |
| **CLIFT A. SEFERLIS** | **:** | |

<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>

# <u>EXHIBIT 1</u>

3133 Connecticut Ave NW
Washington, D.C.    20008

NEW YORK NY  100

6 MAR 2024  PM 9  L

FREEDOM
FOREVER/USA

Washington, D.C.    20016

20016-379999

USA_LTR000003

Dear ████,

What;is;it;like...

To know just how much damage your people are inflicting on the majority of people overethere who are innocent?

Are you concerned for the well being of your congregants?

...you might want to be.

USA_LTR000004

# Israel's use of unguided bombs may explain high death toll

st

Wide use of 'dumb bombs' in Gaza

## U.S. ANALYSIS MAY EXPLAIN HIGH TOLL

### Almost half of munitions used by Israel unguided

BY JOHN HUDSON,
LOUISA LOVELUCK,
VICTORIA BISSET
AND KAREN DEYOUNG

People look for survivors after an Israeli airstrike on a house in the Yabna camp in central Rafah on Thursday. Israel has fired more than 29,000 air-to-ground munitions into the Palestinian enclave since its war with Hamas began on Oct. 7, more than half of them unguided.



An injured child arrives Wednesday at the Kuwaiti Hospital in Rafah after a strike on a house.

USA_LTR000005

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

              v.          :          CRIMINAL NO.  25-453

CLIFT A. SEFERLIS          :


<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>


# <u>EXHIBIT 2</u>

140 Baltimore St
Gettysburg, PA, 17325

19106-219799

Philadelphia, PA, 19106

HARRISBURG PA  171
4 APR 2024  PM 1  L



USA_LTR000006

Hi, ███

....for months now we have watched the systematic decimation
of Gaza at the hands of Israel.

The ire building nation - and worldwide - is understandable.

The attack on the aid convoy was the final straw.

Your lovely museum has so many big open windows, among other
things inside.

Kristallnacht, anyone?

Get ready, ███ This is going to be great fun.

USA_LTR000007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO.  25-453** |
| **CLIFT A. SEFERLIS** | **:** | |

**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**

# EXHIBIT 3



CAPITAL DISTRICT 208
29 JUL 2024  PM 3  L

17 @nd. St. SE
WDC  20003

Philadelphia, Pennsylvania, 19106

19106-219799

USA_LTR000018

....you fucking jews.

ALL you know is death and unbelievable destruction.

it is only a matter of time before EVERY pane of glass

of your museum is SMASHED....hello 1938!

Ever think this could happen in 2024?

USA_LTR000019

ISRAEL-GAZA WAR

# Israel strikes Yemeni port after Houthis claim attack

The retaliation heralds a further expansion of the war in Gaza

BY KAREEM FAHIM, ALISA BOSS, STEVE HENDRIX AND MOHAMAD EL CHAMAA

Israel carried out airstrikes Saturday on a port city in Yemen that is controlled by the Houthi militant group, marking massive fires in a critical hub for imports to the impoverished country in an attack that Israeli leaders cast as a warning to emboldened adversaries around the Middle East.

The attack came a day after the Houthis, an Iranian-allied group, claimed responsibility for a rare drone attack on Tel Aviv that killed one person and struck two yards from a U.S. Embassy branch office. After the strikes Saturday, Israeli Prime Minister Benjamin Netanyahu said they came to "direct response to the drone attack" Friday as well as other Houthi attacks against Israel during the war in Gaza.

The strikes made "it clear to our enemies that there is no place that the long arm of the State of Israel will not reach," he said.

The Houthis have been striking ships off Yemen's coastlines for the better part of the year, in attacks they say are aimed at ending Israel's Gaza offensive, while throttling vital trade routes. Over the last few months, the United States and Britain have carried out airstrikes against the Houthis, in an unsuccessful effort to end the maritime attacks.

Israel's attack Saturday was also unlikely to deter the Houthis, Yemen analysts said, and might have the opposite effect, allowing the group to consolidate its power at home as it rallied Yemenis to mobilize against yet another foreign threat. The strikes also heralded a further expansion of the war in Gaza, adding a volatile new dynamic to what has become a building regional conflict, joined by militant groups in Lebanon

and Iraq as well.

A military spokesman for the Houthis said "several" Israeli raids had struck the port, a power station and fuel tanks in Hodeida, a struggling city that serves as the entry point for imports to large parts of Yemen. He vowed the group would retaliate.

"We will respond to this blatant Israeli aggression and will not hesitate to strike the enemy's vital targets," Yahya Saree, the military spokesman, said in a televised statement. "We have prepared, with the help of God Almighty, for a long war with this enemy until the aggression stops and the siege on the Palestinian people is lifted," he said.

Footage of the aftermath of

Saturday's strikes showed black smoke billowing from massive fires in the port, and residents in Hodeida bathed in an orange glow as they watched. Al-Masirah, a Houthi-run outlet, quoted the ministry of health as saying that the strikes had killed at least three people and injured at least 87, most with severe burns. The channel aired footage from what appeared to be a hospital, of injured people on gurneys lining a hallway.

The Houthi drone that struck Tel Aviv on Friday evaded Israel's sophisticated air-defense network and struck the city without even setting off air-raid sirens — a failure that Israeli officials blamed in part on "human error."

Weapons experts said it was possible that the Houthis had obtained one of their existing drones to use in the attack by increasing its range.

An Israel Defense Forces official told Reuters the Houthi drone flew into Israel over the military and "dead zones" in radar targets following months of Houthi rocket and missile attacks on Red Sea shipping and Israeli territory. The official would not comment on reports of involvement by other national militaries in the region, including Saudi Arabia, the United States and Great Britain, although those allies were notified of the operation, the official said.

"The fire that is currently burning in Hodeida is seen across the

Middle East, and the significance is clear," Yoav Gallant, Israel's defense minister, said in a statement. "The Houthis attacked us over 200 times. The first time that they harmed us Israeli citizen, we struck them. And we will do this in any place where it may be required. The blood of Israeli citizens has a price."

Netanyahu, in his remarks, said that the Hodeida port was "used for military purposes. It was used as an entry point for deadly weapons supplied to the Houthis by Iran. They used this weapon to attack Israel, to attack the state and the operatives from the region, to attack an international shipping lane, one of the most important shipping lanes in the world."

(continued text partly illegible)



Israel on Saturday carried out airstrikes on the Houthi-controlled city of Hodeida, Yemen, after Houthis took responsibility for a drone attack in Tel Aviv. A military spokesman for the Houthis said "several" Israel raids had struck the port, a power station and fuel tanks.

---



**KOHLER.** Walk-In Bath          (202)730-9010

## EMBRACE the Summer Season with Peace of Mind

Soak in pure relaxation with the KOHLER Walk-In Bath. Meticulously crafted to guarantee the comfort and safety you deserve, each bath is designed with a:

✓ Low 3" step-in for easy access
✓ Specialized handshower for convenience
✓ Built-in handrail for support and stability
✓ Backlit heated backrest for added warmth
✓ Invigorating hydrotherapy and air jets
✓ Fast-drain technology for easy filling & draining



**$1,000 OFF** + **PAY NO INTEREST FOR 12 MONTHS†**
Your KOHLER Walk-In Bath



INSTALLATION ALWAYS INCLUDED

Call today for your **FREE** in-home quote!

**K 150**          LIFETIME LIMITED WARRANTY

USA_LTR000020

ISRAEL-GAZA WAR

# As Israel ramps up strikes, civilians have nowhere to go

Wave of attacks is meant
to pressure Hamas amid
negotiations, analysts say

BY MIRIAM BERGER,
HAJAR HARB
AND HAZEM BALOUSHA





People search through building rubble over the collapsed minaret of a mosque Wednesday after an Israeli strike in Nuseirat, in the central Gaza Strip. A school there was one of seven to be hit in 24 days, a U.N. Relief and Works Agency spokesman said.



People in Khan Younis, in southern Gaza, react to July 14 strikes on an area designated by Israel as a humanitarian zone. Israel's military said it was targeting the leader of Hamas's armed wing.



BECAUSE
YOUR
BASEMENT
HAS

LIMITED TIME OFFER
$500 OFF

· FOUNDATION REPAIR
· BASEMENT WATERPROOFING
· CRAWL SPACE REPAIR
· CONCRETE LIFTING

703-997-9316


JES
Foundation Repair

GET A FREE INSPECTION

Enjoy Maintenance-Free
Gutters with Gutter Helmet®

Gutter
Helmet®

43rd Anniversary Sale

FREE
GUTTER HELMET

FREE

25% OFF

888 670-4342
LednorHome.com

LEDNOR
HOME
SOLUTIONS

USA_LTR000021

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO.  25-453** |
| **CLIFT A. SEFERLIS** | **:** | |

## GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

# EXHIBIT 4



76 Liberty St
Warrenton, VA.
20186

NOVA  220

18 JAN 2025  PM 3  L



Fairfax,  Virginia,  22031

22031-312300

....are you all proud to be associated with this?

What if the tables were turned?

It's only a matter of time before Kristallnacht comes

back in full force.

Are you all ready?

There are so many waiting with metal bars in hand.

you damn filthy kikes.

USA_LTR000030



THURSDAY, DECEMBER 26, 2024 · THE WASHINGTON POST

A9

# Israeli mass demolitions in northern Gaza displace civilians

**GAZA** FROM A1

to further insulate the southern communities that were attacked on Oct. 7.

The IDF has issued evacuation orders to the massive build-up of forces...

Destruction in the northern Gaza Strip, seen Monday. Israel's operations in the north are centered in dense urban neighborhoods.

among the locations where evacuees said soldiers systematically separated men and teenage boys from women and children for screenings. Palestinians described passing in front of cameras that scanned their faces.

The IDF warnings promised secure passage but reduced said there was no refuge from Israeli attacks.

"We waited in the middle of the bombing, in the middle of the shooting," said a 56-year-old doctor, speaking on the condition of anonymity for fear of retribution from Israeli forces.

The doctor said bodies lined the streets on the road to Kamal Adwan Hospital, where he worked for two weeks. The facility was overwhelmed with patients and running out of basic supplies, he said.

On Oct. 22, he and his family joined a procession of thousands of Palestinians heading farther south.

The process took hours, evacuees told The Post. Women and children were typically cleared first and directed to keep moving, witnesses said, and were not allowed to wait for male family members. Men described waiting anxiously to see if they would be detained or allowed to pass.

As the doctor and his 16-year-old son sat in a holding ditch, he recounted seeing men stripped down and three truckloads of blindfolded detainees in white uniforms driven away.

"Will they bury us here?" he remembered his son asking.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

              v.          :          CRIMINAL NO.  25-453

CLIFT A. SEFERLIS          :


<u>GOVERNMENT'S CHANGE OF PLEA MEMORANDUM</u>


# <u>EXHIBIT 5</u>



USA_LTR000042

Hi, ██████

Wishing you a very Happy New Year1

I have enclosed something for you to think about.
And- as you know- pictures are worth a thousand words.

Do you have any idea how much more anger and rage is
spreading across this country, the more we see of this?

What goes around comes around, no?

So many are waiting for the chance to act like the
barbarians that make up the IDF, and it is not like
your lovely museum is nothardtofind.

                                   Enjoy.

USA_LTR000043

## OPINION

# The Washington Post

### AN INDEPENDENT NEWSPAPER

# D.C. Council should expel Mr.

member. Expulsion requires 11 votes on the 13-member council. If the ad hoc group recommends expulsion, the council is required to hold a "proceeding" within 45 days, at which Mr. White can testify in his own defense, designate someone to testify for him or call witnesses on his behalf. The council would then vote on whether to expel him.

Here is some of what its members will consider: Mr. White was caught on camera, during four meetings in his car over the summer, pocketing $35,000 in cash from a confidential informant who was cooperating with the FBI as part of a plea agreement. The councilman had agreed to a scheme that would get him an additional $121,000 in kickbacks if contracts valued at $5.2 million were renewed, according to the indictment. If convicted, he faces up to 15 years in prison.

According to transcripts included in the indictment, Mr. White expressed interest in going further: "I've got other s--- we can be doing, too," he told the informant, describing contracts for providing mental health services as a potential "cash cow."

Mr. White declined to defend himself during the law firm's investigation. He refused requests to sit for an interview or provide documents, such as correspondence he exchanged with the officials whom he was allegedly paid to pressure in the Office

partment of Youth Rehabilitation Services. He also didn't respond to our request for comment.

The 40-year-old acolyte of former mayor Marion Barry won reelection in Ward 8 last month against token GOP opposition and with low turnout. A side issue in the Latham & Watkins report is whether

*He remains innocent until a jury finds him guilty, but Mr. White was caught on camera, during four meetings in his car over the summer, pocketing $35,000 in cash from a confidential informant.*

Mr. White actually resides in the ward he represents, which is required under D.C. law. The FBI arrested him on Aug. 18 at an apartment in Navy Yard, which is in Ward 6. Though he is apparently on the lease for that apartment, he still owns a home that h

USA_LTR000044

# FREE FOR ALL



Israeli soldiers pose for a photo in southern Israel, on the border with the Gaza Strip, on Feb. 19.

## Do you see what I see?

Thank you for publishing the Dec. 3 online investigation "Revenge, fire and destruction: A year of Israeli soldiers' videos from Gaza." The world needs to see the depravity that is happening. These videos represent a tiny fraction of what is occurring, because, as the article mentions, soldiers are not supposed to film or post them. You can imagine what is happening outside the frame. And where is the outrage that the soldiers committing these acts are punished with just "disciplinary talks"?

When will The Post start referring to the content of these videos as human rights abuses? And calling what is happening in Gaza genocide and ethnic cleansing?

**Sima Bakalian,** *Baltimore*

USA_LTR000045

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO.  25-453** |
| **CLIFT A. SEFERLIS** | : | |

**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**

# EXHIBIT 6





3133 CT AVE NW #208
Washington DC 20008

20016-375999

Washington, D.C.    20016

CAPITAL DISTRICT 208
24 JAN 2025 PM 3  L

U  A_  TR000049

You know- with every report that comes out about more lives lost and more damage done...well....you might want to hire another officer to keep a careful eye before, during, and after services.

DAMN YOU ALL.

USA_LTR000050

# THE WORLD

## Desperate scene in north Gaza echoes Israeli siege plan

BY STEVE HENDRIX
AND HAZEM BALOUSHA

JERUSALEM — For the first two weeks of October, no food reached the 400,000 people in war-battered northern Gaza. Rescue workers said Israeli forces fired at families as they tried to heed evacuation orders, hospitals ran out of water and other supplies as they struggled to treat the wounded and evacuate the critically ill.

What has played out in this stretch of the enclave mirrors, at least in part, a controversial siege plan envisioned by a former Israeli general to put full control of northern Gaza and then larger swaths of the enclave. It envisions systematically emptying areas of civilians and starving out — or shooting down — anyone who stays.

The "General's Plan" is being pushed by some members of Prime Minister Benjamin Netanyahu's far-right government, despite pushback from the Israeli military, human rights groups and the White House. On Sunday, citing international and U.S. law, top Biden administration officials gave Israel a month to reverse course or risk losing American military assistance.

In an Oct. 13 letter to senior Israeli officials, Defense Secretary Lloyd Austin and Secretary of State Antony Blinken demanded that Israel surge humanitarian assistance throughout Gaza, hasten deliveries of commercial goods and reaffirm that "there will be no Israeli government policy of forced evacuation of civilians from northern to southern Gaza."

Yousef Khader, a 35-year-old father of three from the Jabalya refugee camp, had believed things in the north were improving. After being forced to flee four times over the last year, he had just made the first repairs to his damaged home, and a few weeks of relative calm had allowed his family to start settling in again.

Now, they have been forced to leave a fifth time. And this time, Khader is worried that Israel wants them gone for good.

"We have endured a year here," he said. "For us, death is easier than moving to the south."

The Israel Defense Forces has said it is operating around Jabalya because Hamas operatives have regrouped in the area, and it says it will have to repeat that strategy throughout Gaza until a long-term settlement is reached in the war. The military says evacuation orders are issued to protect civilians and has denied firing on those who try to leave. Israel officially denies that it is plemeriting the siege plan, which was presented to government leaders and a parliamentary committee by Giora Eiland, a retired major general and one-time head of Israel's National Security Council.

But two Israeli officials and a person close to members of the security cabinet confirmed that the far-right ministers are advocating for its adoption. Like others in this report, they spoke on the condition of anonymity to discuss sensitive matters.

Finance Minister Bezalel Smotrich and National Security Minister Itamar Ben Gvir, in particular, have made no secret of their desire to see Israel permanently occupy Gaza and for Jewish settlements to eventually return there. The Eiland plan gives a potential path, the offi-



PHOTOS BY OMAR AL-QATTAA/AFP/GETTY IMAGES

**TOP:** Carrying their belongings, Palestinians leave areas north of Gaza City in the northern Gaza Strip on Saturday after Israel issued new evacuation orders. **LEFT:** Ali Assaf, center, was reportedly the only survivor in his family from an airstrike in the Jabalya refugee camp in northern Gaza. Two young men comfort the 20-year-old as he grieves Saturday.



Gallant has pushed back on those who support the plan, according to a person close to him, and has tried to assure Washington that it will not be implemented.

"For now Gallant is successful," this person said. "But it's not clear for how much longer he can stand alone with the army against the mounting political pressures."

Netanyahu has not publicly endorsed the Eiland plan. A third Israeli official close to the prime minister's office said media reports that Netanyahu was considering the proposal were "baseless and untrue."

But Netanyahu may be allowing his far-right colleagues to put parts of it into motion because he depends on their support to keep the government from collapsing,

"We have endured a year here. For us, death is easier than moving to the south."

Yousef Khader,
a father of three from the Jabalya refugee camp in northern Gaza

government's collapse.

Netanyahu, she said, saw an opportunity before the U.S. election — a window in which President Joe Biden may feel constrained in his criticism of Israel — to see how such a controversial approach would be received by the international community and the Israeli public.

"Part of what is happening in north Gaza now was a trial of the Eiland plan," Talshir said. "Now that the Americans were very clear that they oppose this, I think we are seeing them pull back."

The Biden administration's letter said the amount of aid delivered in Gaza has dropped by more than 50 percent since the spring, and the amount of assistance entering Gaza in September

Israeli authorities said 28 humanitarian trucks had crossed into the north. The Israeli military said Wednesday that it had facilitated 50 more trucks with aid donated by Jordan, at Gallant's direction. But much more is needed, the United States says, calling on Israel to allow at least 350 trucks to enter the strip each day.

Sam Rose from the U.N. refugee agency said it was "too early to tell" if there had been a reversal of Israel's policy. "The flow needs to be maintained and increased, and we need safe passage, which requires that more roads are made available for us to use," he added.

The needs are soaring in the north as the war returns in full force. Overwhelmed hospitals say they are running out of fuel and other basics as waves of wounded people pour in; rescue workers say it is too dangerous to reach the dead piled up in the streets.

Israeli hard-liners view the flow of aid as a lifeline for Hamas, allowing the damaged militant group to sell the food for revenue and keep paying thousands of civil servants.

Eiland, in an interview with The Washington Post, said isolating Hamas and completely cutting off supplies to the north was the only way to break the group's grip on power.

"It is illegal to cause the starvation of civilians," he conceded. "But it is legal if they are offered a way and time to leave before it

provide help for those who faced difficulties traveling.

"If people choose to stay and die, that is their choice," he said.

Humanitarian groups have warned that Gaza cannot afford another mass displacement, pointing to the already overcrowded conditions in the south. After a recent polio vaccination campaign in the north, the United Nations estimated that about half of those who remain there are children.

Human rights groups said forcing families out under the threat of violence and hunger was both illegal and immoral. A group of Israeli organizations this week called on the international community to block the government from "quietly" implementing the proposals.

"The Eiland plan evokes bad tactics of the middle ages," said Jessica Montell, the head HaMoked, a Jerusalem-based civil rights advocacy group. "Laying siege to a civilian population order to vanquish an enemy stands in blatant contradiction the foundational principles of laws of war."

Khader, the man in Jabalya, rushed his wife, three children and wheelchair-using grandmother to Gaza City last week. He says he will go no farther. Tens of thousands like him are ignoring directives to moving toward makeshift encampments in the south.

"I don't want to live in a said Khader. "The people Gaza's resilience will thrive displacement plan."

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  25-453 |
| CLIFT A. SEFERLIS | : | |

## GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

# EXHIBIT 7



CAPITAL DISTRICT 208

3 FEB 2025    PM 2 L

Gaithersburg, MD, 20886

20886-133215

7420 Wisc Ave
Bethesda, MD, 20814

USA_LTR000076

ALL you fuckin jews know how to do is DESTROY.

You do know Kristallnacht is very strong and sooner than later there is going to be PLENTY of broken glass at your synagogue.

USA_LTR000077

# U.S. private military contractors heading inside Gaza to secure checkpoint

**Authorized to search vehicles and confiscate weapons, military gear**

BY KAREN DEYOUNG



A car travels through Rafah this week in this photo taken from a drone as Palestinians walk through the destruction left by the Israeli air and ground offensive.

Armed U.S. security contractors will take up positions this weekend at a checkpoint inside Gaza, tasked with inspecting vehicles headed north from southern refugee centers where hundreds of thousands of Palestinians fled from relentless Israeli bombardment during the past year.

Two American companies together with an Egyptian partner group, will operate independently from the Israel Defense Forces that is redeploying away from population centers under the terms of the temporary Israel-Hamas ceasefire that went into effect last weekend.

The contractors, North Carolina-based UG Solutions and Safe Reach Solutions (SRS) of Wyoming, will be authorized to search vehicles and confiscate any weapons or military materiel, but the vehicles and whoever is inside them — including Hamas personnel — will be allowed to pass.

There are "going to go through that checkpoint, and we are not going to stop them. They just can't carry anything deemed unsafe," said a UG Solutions official, who like others interviewed, spoke on the condition of anonymity to discuss sensitive operations. "We don't want anybody to do anything dangerous, the official said. "We are simply there to man the checkpoint ... to serve the community moving from south to north as the peace process gets underway."

Under the terms of the deal requiring non-Israeli inspections, the contractors have no offensive mandate, no military mission and no ability to detain combatants. Company officials said they do not anticipate difficulties. But they acknowledged the risks to an environment where the dangers of provocation and attack are high, and where the United States is well known as Israel's primary military supplier and diplomatic supporter.

Officials from the contracting companies said they will have additional forces positioned nearby in the event of trouble. They emphasized that the IDF would not be involved.

Israeli troops, however, will never be far away within the tight confines of the 141-square-mile Gaza enclave.

"If Hamas reneges on the deal, if Hamas backs out, moves the goal post, what have you, we will support Israel in doing what it has to do," White House national security adviser Michael Waltz said Sunday on CBS's "Face the Nation."

Contractors will be armed, according to an internal UG Solutions document obtained by The Washington Post, with M4 assault rifles, SR-25 sniper rifles and Glock pistols. Payment is $1,100 per day for "operators" and $1,250

for medics. Personnel were due to be mustered in Baltimore for departure to the region, the document said.

U.S. private security companies operating overseas have a checkered history. Contracted by the Pentagon to supplement U.S. military forces during wars in Iraq and Afghanistan, these firms — largely staffed by former military special operators — developed a reputation for indiscipline and lawlessness.

The choice of contracting companies for Gaza was "determined by the mediators," an SRS spokesperson said, referring to the United States, Qatar and Egypt, whose negotiators spent more than a year trying to nudge Israel and Hamas toward an agreement to stop fighting. The "consortium," the companies said in an apparent reference to the mediating countries, is paying them although it was unclear who is signing the checks.

The White House and officials in Qatar, Egypt and Israel did not respond to questions about the contracts.

A small number of U.S. citizens working with international aid organizations have been operating inside Gaza. But no U.S. government officials or employees are known to have entered the enclave since the war began with

the Oct. 7, 2023, Hamas attack on southern Israel. Journalists have been prohibited by Israel to enter except for rare, IDF-escorted tours.

Steve Witkoff, President Donald Trump's special envoy to the Middle East, who is expected to travel to Saudi Arabia and Israel next week, said he would also "be part of an inspection team at the Netzarim Corridor and also at the Philadelphi Corridor," two areas of Gaza whose status was hotly contested during the ceasefire negotiations. "That's where you have outside overseers, sort of, making sure that people are safe, and people who are entering are not armed, and no one has bad motivations," Witkoff said in an interview Wednesday with Fox News.

The Netzarim Corridor, an east-west strip that divides south and central Gaza from the north, is where the U.S. contractors will conduct vehicle sweeps. For most of the war, it has also been a headquarters area for the IDF, which has built significant military infrastructure near where the contractor checkpoint will be located.

The Philadelphi Corridor runs along the southern Egypt-Gaza border. Israel's insistence on an ongoing troop presence there has been a point of contention with

both Egypt and Hamas during the ceasefire negotiations. European Union officials are still in negotiations over a monitoring mission along the corridor led by France, Spain and Italy.

The terms of the ceasefire, which went into effect Sunday, allow for the release of some Hamas-held Israeli hostages and some Palestinian prisoners held by Israel; and a massive increase in humanitarian aid to the enclave. It is to last for 42 days unless further negotiations succeed in extending the deal.

Under its terms, Gazans returning on foot to their devastated homes are to be allowed previously unclear passage from south to north beginning Saturday along the coastal Harun al-Rashid Road. Those in vehicles — whether cars, trucks or donkey-pulled carts — will be permitted, after inspection at the contractor-controlled Netzarim Corridor checkpoint, to proceed north along the central Salah al-Din Road.

Three hostages were released Sunday. Four more are scheduled to be freed Saturday, and more each week thereafter for a total of 33 during the 42 days. An additional 30 or so hostages believed to be alive — and hundreds more Palestinian prisoners — will be released if and when a second phase of the deal is successfully

negotiated. That phase calls for the full withdrawal of Israeli troops from Gaza.

The UG Solutions and SRS contract covers only the first phase, although they expect to stay "until the international coalition decides that they no longer need our services," the UG Solutions official said. "We don't know yet what the flow of traffic is going to be."

With SRS in charge of the logistical and operational details, UG Solutions will supply the boots on the ground at the checkpoint together with an unidentified Egyptian company that will serve as the Arab-speaking face of the mission.

The two American companies, which declined to specify the number of personnel they will deploy, are what one official called "medium-sized" in the security contracting world. UG Solutions officials said the company had worked recently in Ukraine and Haiti, among other places.

The company is headed by Jameson Govoni, a former Green Beret whose Army service lasted from 2004 to 2015, including tours in both Iraq and Afghanistan. After leaving the military, he co-founded the nonprofit Sentinel Foundation in early 2017, an anti-child and sex trafficking organization. For the past several years, he has also marketed a

separate anti-hangover treatment to help recovery from what he called the "hard partying" endemic in the special operators community. "I actually went to the White House in 2018-2019" during the first Trump administration to discuss the product, Govoni said in an interview in September 2023 on US Reporter.

In 2023, Govoni registered UG Solutions as a limited liability company in North Carolina, separating his donor-financed, anti-trafficking nonprofit from his company activities said in increasing demand for security contractors with extensive experience, particularly in the Middle East.

An official said that the UG initials don't have any particular meaning, but turned up as an open domain online.

SRS was registered in Wyoming in November as a company providing logistics planning and operations, secure transport and on-the-ground coordination "for organizations operating in challenging and high-risk regions" according to its website. It was founded by Phil Reilly, a former CIA senior intelligence officer with extensive overseas service.

*Aaron Schaffer and Miriam Berger contributed to this report.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

                v.            :            CRIMINAL NO.  25-453

CLIFT A. SEFERLIS            :


<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>


# <u>EXHIBIT 8</u>



CAPITAL DISTRICT 208

7 FEB 2025   PM 1 L

Fairfax, VA,  22030

22030-444499

...do you all have ANY idea of the world of hurt that awaits

you following yesterday's announcement?

Get ready.

USA_LTR000083

# 80 dead in Colombia's worst violence since peace accords

## Hostilities are disastrous blow to leftist president's 'total peace' program

BY SAMANTHA SCHMIDT

BOGOTÁ, COLOMBIA — More than 80 people have been killed, and about 20,000 displaced, in ongoing clashes between armed groups in Colombia, officials say, marking one of the deadliest waves of violence since the country's 2016 peace accords.

The escalated fighting between rival guerrilla groups in Catatumbo, a northeast coca-growing region near the Venezuelan border, delivers a devastating blow to the "total peace" program of the country's first leftist president, Gustavo Petro. It could also fuel tensions with the administration of President Donald Trump, whose allies have been critical of Petro's approach to the country's conflict and his inability to control the surging levels of cocaine production across Colombia.

Since late last week, the fighting in Catatumbo has spurred thousands to flee the region and has even forced some local residents to cross the border into Venezuela. At least 20 people have been wounded, according to local officials, and others have been kidnapped or threatened. The victims include local community leaders, children and "civilians who are accused of collaborating with one group or the other simply because they are family members or people close to them," according to the head of Colombia's ombudsman's office, Iris Marín Ortiz.

Petro, a former guerrilla member who took office in 2022, vowed to pursue an ambitious plan for "total peace," an attempt to simultaneously negotiate with multiple armed groups that have continued to plague the country with violence long after Colombia's 2016 peace accords with its largest rebel group, the Revolutionary Armed Forces of Colombia (FARC).



Police forces on Monday guard a school serving as a shelter for people displaced by violence in Colombia's Catatumbo region.

At least 5,000 people have fled to the border city of Cúcuta, arriving in caravans of trucks late into the night, the city's mayor said. Cúcuta has in recent years been a primary destination for Venezuelan migrants fleeing the political and economic crisis in their country.

"The scale of what is happening is very different from anything we've seen since the peace accords," said Elizabeth Dickinson, a senior analyst in Colombia for the International Crisis Group. "This is spiraling out of control very quickly. It's going to be very difficult for Petro to reel the security situation back in, because we have overt, massive conflict in regions that were pretty quiet up until now."

Petro on Monday announced he is declaring a "state of internal commotion," an emergency measure allowing the president to pass legislation without congressional approval for 90 days. He also announced a state of economic emergency in the country.

More than 1 million people have died in Colombia's decades-long conflict, according to government figures, and more than 8.8 million have been displaced from their homes.

The fighting in recent days in Catatumbo is primarily between two armed groups: the National Liberation Army, or ELN, the country's largest remaining leftist guerrilla group; and a splinter group from the FARC that did not participate in the government's 2016 peace accords. The two groups have historically competed for control in the region but had maintained a truce in recent years.

Catatumbo is a strategic battleground for both organizations, providing them with access to smuggling routes across the border into Venezuela, where armed groups have operated freely in recent years.

The ELN was the first armed group to agree to Petro's negotiations, but those talks have repeatedly collapsed. As fighting erupted in Catatumbo, Petro suspended negotiations with the group.

"The fact that this falls apart is a real but also symbolic blow to total peace," Dickinson said. "It was this one thing that Petro thought maybe he could do, and now they're leading the charge to unravel the whole strategy."

In a post on X on Monday, Petro said the violence in Catatumbo is the latest example of "the transition from insurgent guerrillas to narco-armed organizations."

"It is up to the current army, the army of the constitution, to save and protect the population of Catatumbo from the ELN, its murderer," Petro said. "The ELN has chosen the path of war, and war will come. We, the government, are on the side of the people."

Venezuela announced it will reinforce troops along the border, and its foreign minister, Yván Gil, announced that the country would provide humanitarian assistance to those who have fled across the border from Colombia.

The latest fighting comes at a tense time in relations between the two countries, just days after the inauguration to a third term of Venezuelan President Nicolás Maduro, who claimed victory in an election he is widely accused of stealing. Colombia has not recognized Maduro's victory, but it also has not cut diplomatic relations with the country.

Gimena Sánchez-Garzoli, the Andes director at the Washington Office on Latin America, said the latest violence could further threaten U.S. support for peace talks in Colombia. It comes amid growing skepticism in Washington — even among Democrats — around Petro's efforts to negotiate with armed groups. Trump's new secretary of state, Marco Rubio, has been a particularly vocal critic of Petro and his policies.

The Trump administration could also home in on the ELN's connection to Venezuela, where officials have been accused of allowing the group to operate freely. Venezuela has also been a guarantor in Petro's negotiations with the group.

"The whole situation puts the Petro government in a very bad place," Sánchez-Garzoli said.

# Two Americans are freed from Afghanistan as part of a prisoner swap

BY VICTORIA BISSET

Two Americans have been released from Afghanistan, their families said Tuesday, as the Taliban announced a prisoner swap between the United States and Afghanistan.

The Taliban's Foreign Ministry did not name or specify the number of Americans released in the deal but said in a statement on X that the prisoner exchange took place after "extensive & productive negotiations." The State and Justice departments did not immediately respond to requests for comment early Tuesday.

The families of the two Americans, Ryan Corbett and William W. McKenty III, confirmed their release from Afghanistan in separate statements. Corbett, from New York, was detained in Afghanistan more than two years ago, while McKenty's detention had not been previously publicized.

Corbett's and McKenty's families thanked the administrations of President Donald Trump, who was inaugurated Monday, and former president Joe Biden in their statements.

The Taliban statement identified the freed Afghan prisoner as Khan Mohammed, who it said was arrested in the Afghan province of Nangahar nearly two decades ago and was serving a life sentence in California.

A Justice Department statement from May 2008 said that a man of the same name, from Nangahar province, was convicted of narcotics distribution and narcoterrorism. According to the statement, Khan Mohammed was a member of a Taliban cell and "part of a Taliban plan to obtain rockets to attack U.S. military and Afghan civilian personnel" at an airfield in Jalalabad and "also sold opium and heroin that he knew was intended for importation into the United States."

Records from the Federal Bureau of Prisons early Tuesday suggested that a 55-year-old man named Khan Mohammed was not in its custody.

The Taliban Foreign Ministry said that the "steps taken by the United States of America . . . aid normalization & expansion of relations between the two countries." Both the ministry and the Americans' families also thanked Qatar for its role in facilitating the releases. Qatar was the location of talks between the United States and the Taliban, which culminated in a peace deal in 2020, and it has since late 2021 acted as the United States' "protecting power" in Afghanistan, charged with handling U.S. consular affairs under the Taliban government.

Negotiations for a prisoner exchange started two years ago and took place "during several rounds of negotiations in Doha," said an official with knowledge of the release. "Once a deal was in place, the Qataris provided logistical support to ensure their safe exit from Afghanistan to the U.S. via a stop in Doha," the official said.

Corbett and his wife and children lived in Afghanistan for more than a decade until the U.S. withdrawal and the Taliban's return to power in 2021, according to his family. He was detained in August 2022 while living there on a visa to pay and train staff working in the social enterprise he founded.

In June, a U.N. expert had warned that Corbett's life was at risk if he wasn't granted urgent medical care, noting the "utterly inadequate" conditions of his detention.

"Today, our hearts are filled with overwhelming gratitude and praise to God for sustaining Ryan's life and bringing him back home after what has been the most challenging and uncertain 894 days of our lives," Corbett's family said Tuesday.

McKenty's family statement did not provide details about the duration or reason for his detention but said: "This has been an extremely challenging time for our family, and we are relieved to finally have Bill back where he belongs. As we begin this new chapter, we kindly ask for privacy to allow us to reconnect and heal together."

At least two other Americans, Mahmood Habibi and George Glezmann, are believed to have been held in Afghanistan since 2022. The Associated Press reported last week that Biden had spoken to their families as U.S. officials tried to negotiate a deal to secure their return in exchange for the release of Muhammad Rahim, one of the last detainees in Guantánamo Bay.

Habibi, an Afghan American businessman, was taken from his vehicle near his home in Kabul in August 2022. "It is believed that Mr. Habibi was taken by Taliban military or security forces and has not been heard from since his disappearance," the FBI said in August last year, as it appealed for information about his disappearance. The Taliban has denied it is holding Habibi.

According to a House resolution last year calling for his release, Habibi was arrested because "the Taliban made an assumption" that his employer may have been involved in a U.S. drone strike that killed an al-Qaeda leader.

Glezmann, an airline mechanic, was detained by the Taliban in December 2022 while visiting Afghanistan for five days as a tourist, according to a Senate resolution calling for his release and the James Foley Legacy Foundation, which campaigns for Americans held hostage or wrongly detained abroad.

"It was our hope that Ryan, George and Mahmood would be returned to their families together, and we cannot imagine the pain that our good fortune will bring them," Corbett's family said.

Habibi's brother, Ahmad, said in a statement Tuesday: "My family and I are grateful that Ryan and William will be reunited with their families. We are confident that the Trump Administration will make a greater effort to bringing home my brother."

"We have reason to be confident Mahmood is alive and in Taliban custody, despite their hollow denials of holding him," Ahmad Habibi wrote, adding that his brother "is an innocent man." In their statement, Ahmad Habibi and Global Reach, a nonprofit working with the family, also criticized the Biden administration, suggesting that it did not push hard enough for Mahmood Habibi's release.

Under another prisoner swap in 2022, an American contractor held captive by the Taliban was freed in exchange for an Afghan imprisoned on drug-trafficking charges in the United States.

The Taliban-run government has been largely cut off from international banking and direct foreign funding since it took power in August 2021 and blames the United States for much of its financial plight. It has repeatedly demanded that the United States release Afghanistan's Central Bank reserves that were frozen after the fall of Kabul.

The United States remained a major contributor of financial aid to the Afghan people under Biden, sending money through U.N. agencies and other organizations.

The Taliban has grown increasingly nervous over Trump in recent weeks, as he suggested that U.S. funding would be cut unless the Taliban returns military equipment left behind by American troops in 2021 and made other references to a more confrontational approach.

Jan Egeland, secretary general of the Norwegian Refugee Council, warned that a U.S. funding cut would have severe ripple effects, forcing NGOs to lay off female workers and setting back women's rights even further. "Women and girls in Afghanistan would further suffer, and lives will be lost," he said in an interview Tuesday.

While the Taliban has sought to attract foreign tourists, the State Department places Afghanistan under a "Level 4: Do Not Travel" advisory, citing the risk of civil unrest, risk of wrongful detention, kidnapping and limited health facilities.

*Susannah George contributed to this report.*

# Trump's remark on atom leads to international fissure

BY KELSEY ABLES

Donald Trump's inaugural address on Monday was peppered with many falsehoods — but the new president's claim that the United States split the atom is one that caused international irritation, as New Zealanders responded by proudly asserting their history behind the scientific breakthrough.

While listing the United States' accomplishments, Trump claimed that Americans "harnessed electricity, split the atom, launched mankind into the heavens and put the universe of human knowledge into the palm of the human hand."

The atom comment split opinions, one might say.

Nick Smith, the mayor of Nelson, New Zealand, took to social media in response, writing that he was "a bit surprised" by Trump's claim "when that honour belongs to Nelson's most famous and favourite son," the Nobel Prize-winning physicist Ernest Rutherford.

Ben Uffindell, editor of satirical New Zealand site the Civilian, echoed the frustration, writing: "That's THE ONE THING WE DID."

There was also some dissent from Britain, with one otherwise Trump-admiring commentator asserting that the "achievement belongs to Britain" and pointing to the work of physicists John Cockroft and Ernest Walton, who would go on to win a Nobel Prize themselves.



From left, physicists Ernest Walton, Ernest Rutherford and John Cockroft outside a laboratory in Cambridge, England, in 1932.

The dissenting parties, at the very least, seem to agree on one thing: Whoever first split the atom, it was not an American.

Rebecca Priestley, professor of science in society at Victoria University of Wellington and author of "Mad on Radium: New Zealand in the Atomic Age," explained via email that "split the atom" is not a precise scientific phrase. It has been used for more than 120 years, she said, to acknowledge scientists who identified and manipulated the parts of an atom, which was once the smallest known particle of matter.

J.J. Thomson — a professor of experimental physics at the University of Cambridge, who in 1897 discovered the electron and in 1904 proposed a model of the atom — was the first person to be credited with splitting the atom. Rutherford, the New Zealand-born scientist, "took things further," Priestley said.

While earlier experiments explored the atom and its structure, Rutherford and his colleagues manipulated the atom itself. In 1917, at the University of Manchester, he undertook a series of experiments that changed nitrogen atoms into oxygen atoms, a transformation that garnered the much-debated description.

"Rutherford had split the atom," the news headlines proclaimed, and the science of nuclear physics — the manipulation of the atomic nucleus — was launched," Priestley said.

In 1932, under Rutherford's leadership at Cambridge's Cavendish Laboratory, Britain's Cockcroft and Walton, from Ireland, split the atomic nucleus using a "handmade array of transformers, rectifiers, glass tubes and vacuum pumps," Priestley said.

But she pointed out that "the United States was the first country to harness the energy within the atom, through nuclear fission to create nuclear weapons."

Perhaps it's no surprise, however, that New Zealanders rushed to address the snafu. "We're a small country and can be pretty sensitive when bigger countries claim achievements that we know are 'ours,'" Priestley said, pointing to long-running cultural feuds with Australia.

"Flippancy aside, the truth matters. And history matters," she said.

# Deaths, injuries mount in Israeli West Bank operation

Militants in Jenin are targeted; Islamic Jihad cites foe's Gaza 'failure'

**BY CLAIRE PARKER, HEIDI LEVINE, MIRIAM BERGER AND ABBIE CHEESEMAN**

JERUSALEM — Just days after a ceasefire took hold in Gaza, bringing relative calm to the Palestinian enclave, violence flared in the occupied West Bank. On Tuesday, Israeli forces launched a major military operation targeting militants in Jenin, killing 10 people and injuring more than three dozen, according to local health officials.

Prime Minister Benjamin Netanyahu said the campaign, named "Operation Iron Wall," would be "extensive and significant."

"We are acting methodically and with determination," he said in a statement, linking the offensive to Israel's other battles against Iranian-backed groups in the region, including in Gaza, Lebanon, Syria and Yemen.

Hamas and Palestinian Islamic Jihad, both of which are supported by Iran, vowed to fight back. In a statement, Islamic Jihad accused Israel of launching the attack "after its failure to achieve its goals in Gaza."

Israeli military and security forces frequently target Jenin, its restive refugee camp and the nearby population, located in the West Bank and has long served as a bastion of armed resistance to the occupied territory. The raids escalated after Hamas's Oct. 7, 2023, attacks in Israel and often involve a combination of airstrikes and ground troops, leaving large-scale destruction in their wake.



In the West Bank village of Jinsafut, Ali Beleh assesses his truck, which was scorched amid a rampage by dozens of Israeli settlers.

Last year was the second-deadliest for Palestinians in the West Bank since the U.N. Office for the Coordination of Humanitarian Affairs began collecting statistics in 2005, with Israeli forces killing 647 Palestinians. Palestinians killed 14 Israelis in the West Bank and, Israel, during that period, OCHA says. Attacks by Palestinians, militants on Israeli troops using improvised explosive devices, as well as shootings and stabbings carried out by Palestinians inside Israel, have also increased.

The second Tuesday news that Israel said it would beef up its military presence during the Gaza ceasefire, which began on Sunday and includes the release of hundreds of Palestinian prisoners in the West Bank. For the first time in decades, the military plans to deploy Etan armored personnel carriers with a brigade that fought in Gaza, Israeli daily

> "Far from holding its fire against Palestinians, Israel's actions demonstrate it has no intention of doing so. Instead, it is merely shifting its focus from Gaza to other areas it controls in the West Bank."
>
> **B'Tselem**, an Israeli human rights group, in a statement

Israel Hayom reported this week. It also appeared to end a weeks-long security operation by the Palestinian Authority, the body that governs the Palestinian-controlled parts of the West Bank, which launched its own campaign in Jenin in December.

The factions goal of that operation was to arrest militants the Palestinian Authority viewed as threats, but it was also widely seen as a chance for Palestinian security forces to demonstrate their capabilities as Israel, the United States and others consider a postwar future for Gaza.

But after more than 40 days in which the Palestinian Authority besieged the refugee camp, residents said most of those who were arrested were civilians related to the wanted fighters, or simply young men caught in the dragnet. When Washington Post reporters visited the camp last week, security forces remained on its outskirts, unable to penetrate the warren of crowded buildings and militants roamed freely.

Both militants and civilians said last week that they expected Israeli forces to use the Gaza ceasefire as an opportunity to double down on military action in the West Bank, particularly after what Israeli officials and

Palestinian fighters alike saw as the failure of the authority's operation there.

When the Palestinian Authority retreats, four Eddin al-Bitawi, head of Islamic Jihad in Jenin, said in an interview last month, Israeli forces will return "in a fiercer, more violent and uglier form than in previous raids".

A Palestinian security vehicle was filmed leaving the area of the camp as Israeli military vehicles advanced Tuesday. In a statement, a spokesman for the Palestinian security forces, Brig. Gen. Anwar Rajab, sought to distance the authority from Israel's operation, saying Israeli forces had opened fire on civilians and security forces, injuring several officers, one of whom was in critical condition.

As of 9 p.m. local time, 10 people had been killed and about 40 injured by Israeli airstrikes and gunfire in the Jenin area, according to the Ramallah-based Palestinian Health Ministry. One of the dead was a 16-year-old boy, Mostaz Imad Abu Tabikh. It was unclear whether the people were involved in militant activity.

"After Gaza and Lebanon, today, with God's help, we began a shift in our security policy in Judea and Samaria and a campaign to eliminate terrorism in

the region," far-right Finance Minister Bezalel Smotrich wrote Tuesday on X, using the biblical name for the West Bank.

Smotrich opposed the Gaza ceasefire deal but said his fellow right-wing party members would vote to support it. The deal reflects one of several competing visions of Israel's future — one that embraces a two-state solution, and others that seek the permanent annexation of Palestinian lands.

The operation started four hours after a group of Israeli settlers rampaged through several Palestinian villages, torching homes and businesses and vandalizing vehicles, according to Palestinian and Israeli authorities, as well as human rights groups. Israeli forces also erected additional checkpoints and closed roads across the West Bank, snarling traffic and limiting the ability of Palestinian residents to move from town to town.

"This is but what a ceasefire looks like," Israeli human rights group B'Tselem said in a statement. "Far from holding its fire against Palestinians, Israel's actions demonstrate it has no intention of doing so. Instead, it is merely shifting its focus from Gaza to other areas it controls in the West Bank."

Dozens of settlers attacked Palestinian communities overnight,

injuring 21 people in two villages, according to the Palestinian prime minister's office. The Israeli military forces said dozens of masked settlers were marked, setting cars around the village of Funduq and had also attacked Israeli security forces.

The attacks began Sunday in several West Bank villages, after Israeli officials warned Palestinians not to celebrate prisoners being released that are part of the Gaza ceasefire deal, and settlers called for attacks on places where Palestinian "detainees are returning."

An initial group of 90 Palestinian prisoners — mostly women and minors — were freed early Monday, in exchange for three Israeli women held hostage by Hamas in Gaza.

The Israeli human rights organization Yesh Din accused the settlers of trying to sabotage the ceasefire, which their hard-right leaders staunchly oppose. The group also noted that President Donald Trump, shortly after assuming office Monday, had rescinded Biden-era sanctions against extremist Israeli settler groups and individuals accused of violence against Palestinians.

In the village of Jinsafut on Tuesday, residents took stock of the damage: a truck, stores and cars, and a forklift burned; a store and plant nursery damaged. The night before, Maher Galin, 56, watched as about 50 to 60 settlers descended on the agricultural community and set fire to whatever they could reach.

He didn't know what the villagers had done to deserve this.

"These are innocent people," Galin said of the villagers. "Not a single person was arrested here for terror."

Ali Beleh, whose truck was burned, said the attack was particularly perplexing because he regularly delivered goods to nearby settlements and had professional relationships with people there.

He said Israeli soldiers stood by and watched as the settlers burned his truck. "They didn't let me come and put out the fire," Beleh said.

The ultimate insult, he added: His truck had been full of Israeli supplies destined for some of the very same settlements.

The military and police opened a joint internal probe into the incidents Monday night, the army said in a statement.

"All violent riots have security," the commanding officer in the West Bank, Maj. Gen. Avi Bluth, said, during a visit to the site of the attacks. "And the IDF will not allow this."

Levine reported from Jinsafut, Berger from Ramallah and Cheeseman from Beirut.

---

# Israeli military chief to resign as tensions rise between Netanyahu, brass

In letter, top general acknowledges 'failure' surrounding Oct. 7, 2023

**BY SHIRA RUBIN AND GERRY SHIH**

TEL AVIV — Israel's top military chief announced Tuesday that he will resign from his post in early March, marking the highest-level departure in response to the Hamas attacks in 2023 and coinciding with the start of a fragile ceasefire with Hamas in Gaza.

"The Israeli military, under my command, failed its mission to protect the citizens of Israel," Lt. Gen. Herzi Halevi wrote in an official resignation letter to the prime minister and the defense minister. "My responsibility in this terrible failure haunts me every day, every hour, and will do so for the rest of my life."

Halevi has commanded the Israeli army over the past 15 months of war, which began in the Gaza Strip and has since spread across six other fronts, including an Israeli military ground campaign in Lebanon, as well as hostilities in Syria, Yemen, Iraq, the West Bank and Iran.

But the attacks of Oct. 7, 2023, in which more than 1,200 Hamas-led militants streamed across Israel's once-vaunted, technologically advanced border, killing some 1,200 and dragging another 250 back into the enclave as hostages, sparked a national reckoning in Israel, raising questions about the realities of the nation's military and intelligence capabilities. As the war dragged on, the demand for accountability from Israel's security and political leaders intensified.

Prime Minister Benjamin Netanyahu, who has not publicly



Lt. Gen. Herzi Halevi, center, has commanded the Israeli army over the past 15 months of war.

failure, has repeatedly said that any investigation into the events of that morning — including his own response in his statement paged through for the resignation fee — would need to wait until after the war concluded.

In a phone call with Halevi, the prime minister thanked the outgoing military chief for his years of service and his military achievements since the onset of the war, according to a statement issued by Netanyahu's office Tuesday. The statement said he "would need to see the coming days."

Some analysts said that the Netanyahu would use Halevi's resignation to salvage his own political career.

tanyahu launched a long-term strategy to force under sure the lay eschelon, or in a military official story to a political one, said Gwil Dahliel, a political scientist from Reichman University who is familiar with negotiations between the political and military leadership.

"Now it's time for the rest of them take responsibility and assessment of the departure of Maj. Gen. Aharon Haliva, the head of the Israeli military's Southern Command, which oversees the Gaza Strip. He also cited his personal responsibility for Oct. 7.

Halevi's resignation had been anticipated since last month,

sponsibility to establish a state investigation committee and lead the State of Israel to elections so that a government can be established that will regain the public's trust," echoed Benny Gantz, a centrist Israeli politician who opposed Netanyahu's war strategy and resigned from the war cabinet in June.

Halevi's resignation was immediately followed by the announcement of the departure of Maj. Gen. Yaron Finkelman, the head of the Israeli military's Southern Command, which oversees the Gaza Strip. He also cited his personal responsibility for Oct. 7.

Halevi's resignation had been anticipated since last month,

when Defense Minister Israel Katz announced in a statement that the military chief would be required to submit after the IDF's findings in its internal investigation into Oct. 7 and that he would be barred from appointing new generals — code that Halevi was expected to announce his resignation. The military chief had previously said he would resign after the completion of the investigation.

But former Israeli officials said that his removal from his position could have a chilling effect throughout the entire Israeli security establishment — saying, in effect, that if its members do not align with Netanyahu's political goals and his strategy for the war in Gaza, they could be next.

Shalom Lipner, a former Israeli government official and expert at the Atlantic Council in Jerusalem, said that former Bar, head of Shin Bet, Israel's internal security agency, who has been instrumental in the ceasefire and hostage release deal negotiations over the past year, could be next in line to resign.

"Netanyahu and his allies now been for Bar to follow Halevi out the door now, hoping for an opportunity to 'clean house' and reconfigure Israel's strategy under new commanders," said Lipner, who added that a chorus effect of failing security establishment leaders "could open the way to purge entire security professionals as replaced with government loyalists."

In his resignation letter, Halevi said that the timing of his announcement was linked to the start of the initial phase of a ceasefire in Gaza, which on Sunday evening saw the release of three female Israeli hostages in exchange for 90 Palestinian prisoners, and the deterrence phase that the past 15 months of war have had on Israel's enemies. He said that he will leave on March 8

A former senior Israeli official, who spoke on the condition of anonymity because he was not authorized to speak to the media, said the timing of Halevi's resignation indicated that "Halevi did not believe that the second phase, in which the war is ended and the rest of the hostages were returned, would happen."

"That is his message, that because he knows the second phase will not happen, and because he believes it should, he's going to quit," said the former official. "He's saying, you're not going to make the fight again, in the two-phased phase."

"It is unclear which potential appointees are lined up to replace Halevi or which other security heads are being considered as his replacement. There has been deep concern among critics of Netanyahu's war strategy that he will attempt to swap out military leaders who have publicly and privately objected to his lack of strategy over the past 15 months of combat, in favor of political appointees.

In November, Netanyahu fired Defense Minister Yoav Gallant, who had openly criticized Netanyahu's vow to prioritize "total victory" against Hamas over a ceasefire that would ensure the release of hostages being held in Gaza. Netanyahu replaced Gallant with Katz, a loyalist with minimal military experience.

Bezalel Smotrich, a far-right coalition member who holds a position that stalls within the Defense Ministry and has for months claimed that the military was not acting to violate Israel's victory over Hamas, posted on X that, after Halevi's exit, the military would prepare to violate the ceasefire and hostage release deal and return to combat in the Strip.

"This time, God willing, until total victory."

Loz Sorcha in Tel Aviv contributed to this report.

USA_LTR000085

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA       **:**

              v.            **:**       **CRIMINAL NO.  25-453**

CLIFT A. SEFERLIS          **:**


<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>


# <u>EXHIBIT 9</u>

.....and do you wonder why the world hates jews?

And now with the "new" Gaza plan....it might be high-time

to do a little Gaza-style damage on ▮▮▮▮▮▮

Might? No. It IS.

USA_LTR000124

....and do you wonder why the ████ ████ ████?
And now with the "new" Gaza plan....it might be high-time
to do a little Gaza-style damage on ███████████████.
Might? No. It IS.

# Strike in northern Gaza kills scores

## APARTMENT BLOCK HOUSED HUNDREDS

### Israel also votes to ban U.N. relief agency

BY LOUISA LOVELUCK,
MIRIAM BERGER,
HEBA FAROUK MAHFOUZ
AND VICTORIA BISSET

Scores of Palestinians were killed and wounded in northern Gaza on Tuesday after an Israeli airstrike hit a residential building where hundreds of people had been sheltering, local rescue and medical workers said.

It appeared to be the deadliest attack on the isolated north since Israeli troops resumed operations against Hamas militants there in early October, and it came a day after Israel's parliament voted to ban operations by the U.N. agency for Palestinian refugees, or UNRWA, Gaza's leading humanitarian provider.

The Gaza Health Ministry said Tuesday that the latest attack had killed at least 93 people and that 25 of them were children. The Israeli military said it was "aware of reports that civilians were harmed" and was looking into the matter. "We emphasize that the area was evacuated by the IDF and it is currently an active combat zone," the Israel Defense Forces said in a statement.

The strike on a five-story apartment block in Beit Lahia was reported at 4:20 a.m., Mahmoud Basal, a spokesman for Gaza's civil defense force, said. Photographs from the scene showed bodies being pulled from the rubble of a building smashed to pieces. Women and children stood over the dead, weeping.

"We simply cannot accept the killing of Palestinian children as normal," Save the Children wrote in a post on Instagram. "Each child killed was someone's everything, with hopes and dreams for the future."

State Department spokesman Matthew Miller said Tuesday that the United States was "deeply concerned by the loss of civilian life," adding that Washington has yet to receive a "full explanation" of the strike from the Israeli government. "This was a horrifying incident with a horrifying result," Miller said.

The Gaza Health Ministry says

SEE GAZA ON A14



USA_LTR000125

Display: 202-334-7642

**MAIN PHONE NUMBER**
202-334-6000

**TO REACH THE NEWSROOM**
Metro: 202-334-7300;
metro@washpost.com

National: 202-334-7410;
national@washpost.com

Business: 202-334-7320;
business@washpost.com

Sports: 202-334-7350;
sports@washpost.com

Style: 202-334-7535;
style@washpost.com

**TO REACH THE OPINION PAGES**
Letters to the editor:
letters@washpost.com or call
202-334-9876
Opinion:
oped@washpost.com

Published daily ISSN 0190-8286).
POSTMASTER: Send address changes to
The Washington Post, 1301 K St. NW, Washington,
D.C. 20071.
Periodicals postage paid in Washington, D.C. and
additional mailing office.

## CORRECTIONS

• An Oct. 28 Metro article about a federal appeals court ruling on Virginia's attempt to cancel voter registrations of suspected noncitizens incorrectly referred to a decision by U.S. District Judge Patricia Tolliver Giles as "his decision" rather than "her decision."

• An Oct. 21 Page One article about the final images of Hamas leader Yahya Sinwar misattributed a quote to Michael Milshtein, a former head of Palestinian civilian affairs for the Israeli military. It was an Israel Defense Forces official who spoke on the condition of anonymity to discuss internal deliberations who said: "There are pros and cons to it, but in the year 2024, it is very hard for visuals not to get out."

• A Sept. 21 A-section article about the discovery of a 3,000-year-old bronze sword incorrectly implied that it had rusted. Bronze does not rust.

The Washington Post is committed to correcting errors that appear in the newspaper. Those interested in contacting the paper for that purpose can:

**Email:** corrections@washpost.com.
**Call:** 202-334-6000, and ask to be connected to the desk involved — National, Foreign, Metro, Style, Sports, Business or any of the weekly sections.



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :

           v.            :       CRIMINAL NO.  25-453

CLIFT A. SEFERLIS       :


### GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

# EXHIBIT 10



USA_LTR000099



NEW YORK CITY

PHILADELPHIA PA 190

5 MAR 2025 PM 6 L

GAZA IS IN RUINS
COUNTLESS DEAD.
AND YOU WANT TO
TELL YOUR STORY.
YOUR STORY SOON WILL
BE TRYING TO REBUILD
YOUR BUILDING WHEN
WE ARE DONE PLAYING
IDF ON IT.
YOU READY?

PHILADELPHIA. PA.
19106

Printed in **USA**
©FIVE STAR SOUVENIRS,INC.
Design and Photo by Sergey Kelnik

SPACE RESERVED FOR U.S. POSTAL SERVICE

Eco-Friendly    SOY INK

USA_LTR000100

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO.  25-453** |
| **CLIFT A. SEFERLIS** | **:** | |

### GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

# EXHIBIT 11



1915 Chestnut St
Philadelphia, PA, 19103

PHILADELPHIA PA 190

7 MAY 2025  PM 7  L

Philadelphia, Pennsylvania,   19106

19106-219799

USA_LTR000104

Hello ██████████ ,

I just wanted to say you are going to have to be more reliant than ever on your donors.

But at some point that money too will become less and less.

The hatred toward you all, your museum, and especially the nation of Israel is at an all time high and is only getting worse.

Do you- deep down - reallycare- really - about what is going on in Gaza?

Will it take something happening to your beloved museum to make that happen?

Shalom.

USA_LTR000105

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

              v.          :          CRIMINAL NO.  25-453

CLIFT A. SEFERLIS          :


<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>


# <u>EXHIBIT 12</u>

USA_LTR000106



3836 Bradley Ln
Chevy Chase, MD. 20815

CAPITAL DISTRICT 208
12 MAY 2025 PM 2 L

Rockville, Maryland,   20852

20852-407799

Dear ████████

Does the image mean anything to you?

Are you proud to be part of without doubt the most hated
diaspora on earth, one with no end to their cruelty?

of course you are not moved by this. you are a jew.

Perhaps it might be more effective when the █████ school
is in ruins. The police always in place there (how sad)
can do nothing based on what others have in the works.

                                        Shalom.

USA_LTR000107

# THE WORLD

# Israeli strike in central Beirut fuels fear of growing war

**At least 20 were killed days after a Biden envoy's visit stirred hope**

BY KAREEM FAHIM
AND SUZAN HAIDAMOUS

BEIRUT — A massive Israeli airstrike that hit a residential building in a central district of Beirut early Saturday killed at least 20 people, thundered across the city and underlined fears in Lebanon that the war is escalating, days after diplomatic talks aimed at a cease-fire stirred hope of the conflict's end.

The strike, on the Basta neighborhood, was announced with a succession of booms followed by the roar of warplanes — sounds that recalled for many the massive strike that killed Hezbollah leader Hasan Nasrallah in late September. Saturday's attack completely demolished a multistory building, residents said, while damaging or destroying other homes and buildings nearby in a densely populated quarter of the city.

More than 60 people were wounded, Lebanon's health ministry said.

The Israeli military declined to comment on the attack or its target. Its Arabic-language spokesman, Avichai Adraee, did not post a warning before the strike, as he sometimes does. It occurred about 4 a.m., when most of the city was asleep.

Samar Zeineddine, 20, had been awake, speaking to her friend Nancy Awad, who was in the building, on the first floor. Then the line was cut, around the time of the strike. Hours later, she sat close to the debris pile on a green plastic chair, sobbing, as the rescuers searched for residents, and with body bags close at hand.

By nightfall, all that had been found of Nancy and 10 other people in the apartment were body parts, she said.

Beirut had enjoyed a moment of relative quiet earlier in the week, during a visit to the city on Tuesday and Wednesday by Amos Hochstein, a Biden administration envoy. Hochstein, who is trying to secure a cease-fire between Israel and the Lebanese militant group Hezbollah, indicated that progress was being made as he set off for Israel for further talks.

"He was very optimistic before he left," a Lebanese official involved with the negotiations said Wednesday, adding that the Lebanese government, which had reacted positively to the envoy's 13-point draft, was expecting to hear back from Hochstein within a day or two.

By Saturday night, there was "no news from Amos," the official wrote in a message, speaking on the condition of anonymity because of the sensitivity of the talks. The reasons for any impasse were unclear, but Israeli officials have continued to insist on their right to strike Hezbollah even after a cease-fire, a stipulation that Lebanese officials said would amount to a breach of sovereignty.

It seemed that Israel was "not done yet with their military operations" in Lebanon, the official said. Now a cease-fire was a "matter of time."

The war grew more furious over the past few days. Israel has carried out airstrikes across Lebanon, including in central Beirut and its southern suburbs, and in the Bekaa Valley, where dozens of people have been killed.

Twelve health workers in Lebanon were killed in Israeli strikes Friday, including the director of Dar al-Amal University Hospital and at least five paramedics, according to Lebanon's health ministry.

Hezbollah has announced rocket and drone attacks on northern Israel as well as on Israeli troops fighting in southern Lebanon. The attacks have come during a push by Israel to expand its ground invasion in several places, including the southeastern town of Khiam and on Lebanon's western coast, on the approach to the city of Tyre.

In Beirut, the magnitude of Saturday's strike led to speculation that Israel had been targeting a Hezbollah leader. A parliament member representing Hezbollah, Amin Shiri, who visited the site Saturday afternoon, said no one from Hezbollah was present in the building, only a "large number of martyrs and injured."

Smoke billowed from somewhere in the debris pile Saturday afternoon as earth movers tried to shift the rebar and concrete.

Several residents said there had been warnings or just rumors of an impending strike, though they characterized it as chatter among residents. Miriam al-Shami, 44, who lived with her family in a small house next to the building that was hit, said the warnings were worrying enough

**TOP: Miriam al-Shami, whose husband and mother-in-law were killed, cries where her destroyed home in the Basta neighborhood once stood.
BOTTOM LEFT: Lebanese soldiers stand by as emergency services workers search the rubble for victims.
BOTTOM RIGHT: Abdallah Salman, 60, at the site of a destroyed building where his son Mohammad and his family lived. Mohammad was traveling abroad, but his wife and daughter were in the building.**

that, on the night before the strike, her husband had sent her and several of their children to another part of Beirut, where one of her sons had rented a room.

The husband, Emad, stayed, along with one of their sons, Mohamad, 21.

"I left," she said. "But many people returned."

She video-called her husband Friday night, worried because the Israelis were hitting Beirut's southern suburbs. "Too safe, don't worry, it's far from us." The son told her they were "fine."

After the strike shook the city, she called again, frantically, and received no answer from Emad. Mohamad picked up his phone, and said he was trapped under the rubble. "Send someone to get me out," he pleaded. It took rescuers two hours, but Mohamad survived, Shami said, bereft and stumbling near the wreckage of her home.

When rescuers arrived, Emad still had a pulse, but he later died at the hospital. His mother was also killed.

The blast tore walls off an adjoining building, killing Haroun Suleiman, a 35-year-old man from Gezira state in Sudan, while he slept, according to Hassan Ishaq, one of several Sudanese men who lived in the apartment.

Abdullah Salman, 60, sat in an alleyway Saturday afternoon, near a Toyota demolished by debris apparently flung from the blast. He lives on the airport road, and had gone to sleep after hearing the booms, thinking they occurred in Beirut's southern suburbs, a frequent target of the Israeli raids. When he woke again early Saturday, he rushed to Basta and the vaporized building where his son Mohammad lived.

His son was traveling at the time of the strike, in Nigeria. But Mohammad's wife and daughter were in the building, in the same first-floor apartment as Nancy Awad, along with the witch's sister-in-law and parents. He had not yet told his son about the strike.

"They were all civilians," he said. "They should not give Hezbollah as an excuse."

*Mohamad El Chamaa in Beirut contributed.*





PHOTOS BY LOTFI FOR THE WASHINGTON POST

USA_LTR000108

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

              v.            :            CRIMINAL NO.  25-453

CLIFT A. SEFERLIS            :


<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>


# <u>EXHIBIT 13</u>



PHILADELPHIA PA 190

29 MAY 2025 PM 9 L

Philadelphia, Pennsylvania, 19106

19106-219799

152 Locust St,
Philadelphia, PA, 19103

USA_LTR000109

Hello, ███████ why that nice young couple were gunned down in
...and you wonder why that nice young couple were gunned down in
front of the museum in D.C.

Amd with all your education efforts, leave it to your supreme
leader back in the mother country to unravel all your efforts.

You all the least bit concerned about something happening in
front of your museum?

USA_LTR000110

their event came together in a partnership with several groups. Those included the Metropolitan Washington Association of Blind Athletes, which helps blind and low-vision people do activities such as hiking, tandem biking and camping; the DC Bird Alliance, the local chapter of the National Audubon Society; and Birdability, a national nonprofit that works to make birding accessible for those with health concerns or disabilities.

For experienced blind birders, it was a chance to introduce friends — both sighted and blind — to the hobby. Some participants had tried but with no regularly. Others said they had long wanted to try but were novices.

Sarah Presley, 57, who is blind and works as an accessibility specialist at a federal agency, said she joined the bird-a-thon after hearing about it through the blind athletes' group. She said

...le a desire to be outdoors, and

CASL & Remodelers

USA_LTR000111

# GWU to ban graduate from campus

BY DAN ROSENZWEIG-ZIFF

As Cecilia Culver addressed the crowd during her George Washington University graduation ceremony on Saturday, her hands shook the paper she was holding onstage. She spoke of the Palestinians killed in Gaza and the school's relationship with Israel and with the students who protested the war over the last year and a half.

"I call upon the Class of 2025 to withhold donations and continue advocating for disclosure and divestment," she said during the ceremony for Columbian College of Arts & Science, going on to

## SPEECH STRAYED FROM PREPARED REMARKS

### Alumna called for school to divest itself from Israel

calls for GWU to disclose any financial relationship with Israel and divest from any companies that do business with the Jewish state.

After the ceremony, GWU officials said Culver had veered away from prepared remarks, and on Monday, said they would bar the statistics and economics graduate from campus and sponsored events. The university also apologized, saying "a moment of spe-

cial celebration was violated."

"The speaker's conduct during Saturday's Columbian College of Arts and Sciences Celebration event was inappropriate and the honoree, the speaker submitted and recited in rehearsal very different remarks than those she delivered at the ceremony," a university said in a statement.

Culver did not respond to a request for comment. But she told the GW Hatchet, "There was just

... never any point where I was not going to say something," Culver said.

In recent days, the speech has led to an outpouring of support and outrage — including one video that's been viewed 1.3 million times — from viewers who see Culver as courageous for using her position as a student graduation platform to speak up for Palestinians and others who see the remarks that protest or distracting from a graduation ceremony to share her political opinions and bash Israel.

The speech and public response is the latest in protests and

SEE **PROTESTS** ON **B4**



George Washington University has been a hotbed for protests over the conflict in Gaza since the beginning of military action in 2023.

JORDAN TOVIN/FOR THE WASHINGTON POST

USA_LTR000112

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

               v.          :          CRIMINAL NO.  25-453

CLIFT A. SEFERLIS          :


**<u>GOVERNMENT'S CHANGE OF PLEA MEMORANDUM</u>**

# <u>EXHIBIT 14</u>



4832 Sansom St
Phila, PA, 19136

20001-270875

Washington, D.C.  20001

PHILADELPHIA PA 190
29 MAY 2025 PM 9 L

USA_LTR000113



Good Afternoon.

Well...it seems all your efforts to educate and inform are well intended...but pointless as long as the unprecedented campaign of death and destruction continues.

Are you at all concerned about a repeat happening not outside the museum but next time in the place?

WIS

h



consolidate power — often by targeting the rights of his political foes. Courts have repeatedly said his administration either did break or probably broke the law in the process.

It has all lent tons of credence to predictions that Trump would try to govern in a more authoritarian manner in his second term.

To the extent that Trump continues to pursue this path, a major question is whether his political base and Republicans in Congress will continue to go along with — or at least acquiesce to — his provocations. They've proved rather meek in their willingness to criticize Trump, even when his actions clearly ran afoul of not just the law but also their long-standing principles on issues such as free speech, due process and free trade.

A new poll epitomizes how Republicans could indeed go along for the ride with Trump's authoritarian turn.

Even as Trump floated a more autocratic vision in recent years, polls suggested most Republicans were opposed to that in principle.

In a late 2023 Fox News poll, for instance, 66 percent of Republicans said a president "should always follow the law" — more than twice the 28 percent who instead preferred a president who is "willing to break some rules and laws to set things right."

A March 2024 AP-NORC poll showed that just 26 percent of Republicans viewed a president being able to rule "without having to worry about Congress or the courts" as a "good thing."

But this was always subject to terms and conditions. Tellingly, in the same AP-NORC poll, the percentage of Republicans saying this would be a "good thing" leaped to 57 percent when the president in question was Trump specifically.

And the new poll reinforces just how negotiable and tenuous the right's principles are in this area.

The headline on the new Reuters-Ipsos poll was that Americans overwhelmingly said a president should follow court

**President Donald Trump delivers remarks during the White House iftar dinner in the State Dining Room**

orders. Fully 82 percent of Americans and even 68 percent of Republicans said a president should obey federal court rulings even if he disagrees with them."

This echoed a February Washington Post-Ipsos poll that showed much the same thing: 84 percent of Americans — and 79 percent of Republicans — said the Trump administration should follow court rulings despite a judge's order that declare its actions illegal.

That settles it. Even Republicans want Trump to follow court orders, it seems. And that would be significant, given that the Trump administration has at the very least flirted with ignoring them — if it hasn't already done so by continuing to deport Venezuelan migrants despite a judge's order to stop. The message from Americans would seem to be: Slow your roll, Trump.

But for many Republicans, this principle doesn't appear nearly as firm as it might seem.

The Reuters-Ipsos poll also asked a follow-up question:

Should the administration "continue to deport people they view as a risk despite the court order." Fully 76 percent of Republicans said the deportations should continue "despite the court order."

In other words, Republicans say a president should obey court orders — but not necessarily in this case.

In fact, nearly half of Republicans — 47 percent — said both of these things, despite them being in conflict with each other.

The data are, as all polls are, imperfect and open to interpretation. It's possible some of these people didn't understand the latter question as being about *ignoring a court order*; perhaps they heard it as continuing to deport *other* risky immigrants, separate from those protected by the court order.

But, again, it's not the first poll to suggest that the right's principles on limiting executive power are rather flimsy when Trump is involved.

And, just as important, it

points to the political strategy behind Trump's gambit. The clear aim is to target unsympathetic characters and challenge others to stand up for their rights.

The Trump administration first tried to deport a prominent pro-Palestinian campus activist with a green card, Mahmoud Khalil, but without offering any cogent and consistent justification for doing so.

It has since targeted visa holders who advocated for the Palestinian cause. Most recently, this involved detaining a Turkish student at Tufts University, Rumeysa Ozturk, whose only known offense was writing an op-ed criticizing Tufts's refusal to divest from companies tied to Israel. Secretary of State Marco Rubio declined to go into specifics Thursday on what Ozturk is alleged to have done.

The rapid deportations of Venezuelan migrants to a Salvadoran prison under the 1798 Alien Enemies Act — the court order referenced in the Reuters-Ipsos poll — follows the



HEIDI LEVINE/FOR THE WASHINGTON POST

# In West Bank, a worsening crisis

### Aid groups facing funding woes, Israeli restrictions struggle to help thousands displaced in Jenin operation

BY CLAIRE PARKER
AND HEIDI LEVINE
IN JENIN, WEST BANK

**Displaced Palestinians register at the temporary office of the Popular Services Committee of the Jenin refugee camp on March 13.**

A months-long Israeli military operation has displaced tens of thousands of Palestinians in the northern West Bank, a crisis that local authorities say shows no signs of abating as humanitarian groups, hamstrung by Israeli restrictions and funding challenges, struggle to respond.

Israel launched the operation in January, deploying troops, tanks and armored bulldozers under the stated goal of combating terrorism. They began in the Jenin refugee camp, a symbol of armed Palestinian resistance against Israel's occupation, tearing up roads, demolishing homes and preventing residents from coming back. By that point, the dozens of militants who had holed up there earlier had largely fled or been captured or killed.

The operation has resulted in the forced displacement of more than 40,000 people from the refugee camps and surrounding communities in Jenin and Tulkarm, according to the United Nations. Israeli forces have since demolished or severely damaged hundreds of houses and residential units, also according to the U.N., local authorities, videos and testimony from residents.

The Israeli military said it was working to "prevent terrorists from re-establishing themselves in the area" by "opening routes, including in the Jenin camp, which requires the demolition of several buildings."

The scale of the displacement now is unprecedented since the start of Israel's occupation in 1967, according to Roland Friedrich, the West Bank director of UNRWA, the U.N. Relief and Works Agency

SEE WEST BANK ON A10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

               v.                    :            CRIMINAL NO.  25-453

CLIFT A. SEFERLIS                    :


### GOVERNMENT'S CHANGE OF PLEA MEMORANDUM


# EXHIBIT 15



BROCKTON MA 023

3 JUN 2025   PM 2  L

575 3rd Street, N.W. 20001

2000182703 C003

236 Marlborough St
Boston, MA. 02116

USA_LTR000117

Hello,

It is indeed wonderful news that the museum has opened!

But the death and destruction has not.

We see an increased security prescence. They can only do so much.

Enjoy.

USA_LTR000118

# ICC's prosecutor takes leave amid inquiry into alleged sexual misconduct

**Karim Khan is pursuing war crimes cases against leaders of Russia, Israel**

### BY ADAM TAYLOR

The chief prosecutor of the International Criminal Court, who is pursuing war crimes cases against the leaders of Israel and Russia, has abruptly stepped aside while under investigation over an allegation of sexual misconduct.

Karim Khan, a British attorney posted at The Hague since 2021, informed the court Friday that he would take leave from his duties until the inquiry into his personal behavior concludes, according to Fadi El Abdallah, spokesperson for the global court.

The serious nature of the allegations against Khan, and the long-delayed decision to step aside just weeks during the investigation, marks another blow for the ICC, which is the only permanent international court that can prosecute individuals accused of international crimes against humanity and war crimes.

Khan's decision not to seek an arrest warrant against Prime Minister Benjamin Netanyahu for alleged war crimes in Gaza further ramped up political pressure on the court, prompting

court member Hungary to defy the warrant and seek to leave the ICC, while the sanctions on the swift plunge soon after President Donald Trump returned to office.

The court made no public comment about the allegations made against Khan when they first surfaced last year. Since the case has appeared, multiple media reports, leading some ICC officials to suspect Khan intended to stay in office.

Attempts to contact Khan through his office were not immediately successful.

Khan's decision to step aside follows a complaint of repeated, unwanted sexual contact by a woman who worked for him at the prosecutor's office. Khan has denied the allegation.

Documents reviewed by The Washington Post noted incidents spanning roughly a year that occurred both in The Hague, at the prosecutor's office and at the home Khan shared with his wife, and on work trips to the United States and other countries.

Khan also is accused of pressuring the alleged victim not to pursue a complaint and of professionally retaliating against her when she rebuffed the alleged victim.

Recent reports published by the Wall Street Journal and Drop

were similar, however, after a tip made clear that he himself had at least some caveats that an "at least some caveats this an "at least some caveats this an "at least some caveats this an would not be attending said he.

**A woman who worked with Karim Khan, the International Criminal Court's chief prosecutor, in the court's prosecutor's office is accusing him of repeated unwanted sexual contact.**

Site News were the first to detail the claims against him.

In an email to staff reviewed by The Post, Khan said that "escalating media reports" had led him to make the decision.

"My decision is driven by deep and unwavering commitment to the credibility of our Office and

the Court, and to safeguard the integrity of the process and fairness to all involved," Khan wrote in the email.

The investigation into the allegations is being conducted by the U.N. Office of Internal Oversight Services, which was expected to to the court. Under Khan's leadership, the prosecutor's office has

Humphry then inspected each of the tasks he himself had on. Speaking aboard Air plane, something he

the possibility that he would join the bids in Tokyo, something he

in the coming months.

Khan, who has diplomatic legal immunity due to the nature of his work, was elected in 2021 to serve a nine-year term at the ICC. Expelling Khan or removal is only

pursued a period of politically charged arrest warrants, including for Russian President Vladimir Putin and Netanyahu, whom the ICC has implicated in atrocities committed in Ukraine and Gaza, respectively.

El Abdallah, the spokesperson, the ICC's deputy prosecutors would assume responsibility for Khan's work during his absence.

Khan's pursuit of an arrest warrant for Netanyahu and his defense minister Yoav Gallant, as well as the leaders of the Palestinian group Hamas, put considerable international pressure on Khan during the year. The Hague has fielded withering from the Trump administration.

In January, soon after his return to office, Trump signed an executive order placing sanctions on the prosecutor, accusing the court of engaging in "illegitimate and baseless actions" by targeting "your close allies."

"Your office stands in international law welcomed the decision that Khan would take leave during the investigation, saying it would help to safeguard justice and the rule of law it remains under significant global pressure.

"This was the only responsible decision. No one is above accountability for the entire Prosecutor of the ICC Danya Chaikel, a representative of the ICC from the nonprofit International Federation for Human Rights, wrote on social media.

said, including Russia, Ukraine and Turkey.

Ukraine's delegation was led

Francis reported from Ankara and O'Grady from Kyiv. John Hudson in Rome contributed to this report.

# A bloody week in Gaza as Netanyahu pledges to go 'all the way'

BY GERRY SHIH,
MOHAMAD EL CHAMAA
AND MIRIAM BERGER

JERUSALEM — Israel on Friday unleashed an aerial campaign at least 90 people in northern Gaza and massed ground forces outside the enclave, as President Donald Trump left the Middle East without announcing any breakthroughs in a truce between Israel and Hamas.

The withering Israeli aerial campaign — which raised the number of people killed in the nearly two-year conflict to local health authorities— appeared to presage the ground operation that Prime Minister Benjamin Netanyahu has vowed to launch to gradually conquer the territory if no ceasefire and hostage exchange deal were struck by then. Trump wrapped up his Middle East tour, Trump's four-day swing began Tuesday in Saudi Arabia and the United Arab Emirates, with a stop in Qatar in between.

Yet as Trump inched to return to Washington on Friday afternoon, Netanyahu did not immediately announce the full-scale ground assault, which some analysts interpreted as a sign that the Israeli leader may still be weighing his options.

"There is still a possibility that there is some sort of victory deal, but I can only imagine that a government seems to be a bit stuck in terms of what it wants to do," said Michael Koplow, the chief policy officer of the Israel Policy Forum. He was referring to negotiations in Gaza and conducted a lot of airstrikes yesterday

and today, but as far as we don't see evidence that it's ready to undertake the kind of massive operation they used the "

Analysts that Trump's built-in ambivalence in the region could force a breakthrough at the president arrived in Riyadh on Monday. Hamas said that it would release Eden Alexander a dual Israeli and American citizen. Who served in the Israeli Defense Forces, in a gesture of goodwill toward Trump but hinting at a modest deal aside from the price prompted by Trump's Special Envoy Steve Witkoff — which would see the release of roughly 10 more hostages if it gets his ordeals or — decided at the week were on.

On Monday night, Netanyahu visited to continue the war and reenter Gaza even if he struck a temporary ceasefire deal with Hamas.

"In the coming days, we will go in with full force to complete the operation," Netanyahu said, according to a video released by his office. "This is why we will eat. Wait — we want to release 10 more [hostages]! Fine, bring them. We'll take them. And then we'll do full force. And that's the situation where we stop the war."

"We're going all the way," he added.

One witness, who spoke on Friday, watched about Gaza on Friday, Trump offered mixed signals. He told reporters that there are "a lot of bad things going on" but promised it would change soon.

The strikes in Gaza on Friday were preparatory actions leading



The aftermath of an Israeli strike is seen Friday near tents of displaced Palestinians in Gaza City. Nearly 500 people were killed in Gaza this week, local authorities said, as Israel masses ground troops.

to a larger operation and were meant to send a message to Hamas that any negotiations would begin soon if there is not an agreement to release hostages, the Associated Press reported, citing an unnamed Israeli official.

Trump's comments came a day after Secretary of State Marco Rubio said Washington was "notified" by the humanitarian situation.

Aside from the question of resuming ground operations in Gaza, U.S. officials have also not finalized a plan to distribute food despite an Israeli blockade on the flow of aid for more than 70 days. Although Netanyahu's cabinet approved a vote in May a plan for food be distributed with the help of private American contractors to vetted civilian recipients in pro-

tected zones, many humanitarian groups have questioned the viability of the plan.

On Wednesday, the Gaza Humanitarian Foundation, the American Foundation, issued a statement asking the Israeli government to resume aid until the group could set up its operation and to soften some demands.

Mohammed Sinwar, a 30-year-old in Beit Lahia said she had little food, water — sleep. Israel had issued evacuation orders for much of the ci-

be refused to leave. The bombardment overnight is because Free Trade a hospital and today, be leave were saying we were dying 100 times a minute, we didn't expect to would wake up alive. And there is no place for us to go."

The strikes early Friday closed one of the bloodiest weeks in Gaza since fighting resumed March 18. Israeli strikes killed 500 through Wednesday and morning to the enclave's civil defense, and at least 100 on Wednesday, according to the Gaza Health Ministry.

The IDF said this week it targeted dozens of "terror targets" in the strike, including said, antiaircraft posts, terrorist cells, military structures and operational centers. Israel also carried out strikes and read out to European Hospital complex in southern Gaza on Tuesday in what Israeli officials said was an attempt to kill the top Hamas military leader Mohammed Sinwar, who continues to exert significant influence over the negotiations with

Marwan Sultan, director of the Indonesian Hospital in Beit Lahia, told The Post that bombing started at midnight and did not stop; at least six people were brought to be said, and "the situation had become devastating." He added normal circumstances, critical cases such as this 20-25 percent of patients require urgent surgical intervention and intensive care?

Are there in Tel Aviv contributed to this report.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :

           v.                :          CRIMINAL NO.  25-453

CLIFT A. SEFERLIS        :


**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**


# **EXHIBIT 16**

153 Milk St.
Boston, MA. 02109

BROCKTON MA  023

3 JUN 2025  PM 2  L

Washington, D.C.    20001

20001-260451

USA_LTR000121

The American people have had enough with you filthy jews. It is time to do to your Washington offices what your goddamn IDF forces have been doing in Gaza.

Kristallnacht will be a picnic compared to what we have planned.

And we're not kidding.

USA_LTR000122



USA_LTR000123

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA                  :

               v.                  :                  **CRIMINAL NO.  25-453**

CLIFT A. SEFERLIS                  :

<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>

# <u>EXHIBIT 17</u>

236 Marlborough Street
Boston, MA, 02116

02446-227799

Brookline, MA, 02446

BROCKTON MA 023

3 JUN 2025 PM 2 L



Brookline MA 04 2025-370

Good Morning, 

Just a quick question.

Are you at all concerned for the safety of your congregation
as the IDF continues to inflict unbelievable damage to the
Palestinians?

You know...just a short time ago a nice young couple paid for
their crimes in Washington, D.C.

<div align="right">Just Curious.</div>







Good Morning, 

Just a quick question.

Are you at all concerned for the safety of your congregation
as the IDF continues to inflict unbelievable damage to the
Palestinians?

You know...just a short time ago a nice young couple paid for
their crimes in Washington, D.C.

Just Curious.



Displaced Palestinians arrive in Jabalya in northern Gaza amid ongoing Israeli military operations in the Gaza Strip on Sunday.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

              v.        :        CRIMINAL NO.  25-453

CLIFT A. SEFERLIS        :

### GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

# EXHIBIT 18

Hi !

Well...here we go again. It is well over 800 buildings, and we all know it.

What is it like being part of a people that ONLY know how to destroy en masse and kill? Do you ever wonder why the world hates jews?

Oh- and you must know there are PLENTY of people who like to destroy property, too.

Your insurance all paid up?

USA_LTR000060

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO.  25-453** |
| **CLIFT A. SEFERLIS** | **:** | |

<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>

# <u>EXHIBIT 19</u>



NOVA 220
31 JAN 2025 PM 2 L

Falls Church, VA, 22043

22043-171900

3307 Covington St.
Fairfax, VA, 22031

USA_LTR000065

Hi, ██████████

Do you think the world is getting tired of reading about the atrocities your homeland countrymen are responsible for? Love that today the Palestinians were allowed to return home to find....rubble.

Is the indurance paid up on YOUR property, ██████

What goes around comes around, dear fellow

USA_LTR000066

...moment in Korean history, its absurd that something like this happened in the 21st century, and the way the public responded to the martial law was unprecedented," said Cho Jee-min, a 29-year-old consultant. "It feels like we can overcome this together," she added, gesturing toward the crowd of fellow demonstrators.

The decision was a remarkable miscalculation for Yoon, a career prosecutor who entered politics only in 2021, when the conservative People Power Party chose him as its presidential candidate.

"Conservatives and even moderates would agree with those criticism about progressive lawmakers, but they believe choosing martial law is the wrong move, especially in the 21st century," said Duyeon Kim, a Seoul-based analyst for the Center for a New American Security.

Only a small group of top advisers appears to have been privy to his decision-making, and Prime Minister Han Duck-soo was not one of them, local media reported. Some of Yoon's closest aides — including the chief of staff and national security adviser — tendered their resignations to Han en masse Wednesday.

Defense Minister Kim Yong-hyun, who had urged Yoon to impose martial law during a meeting Tuesday night, also offered to resign.

"I have taken full responsibility for all situations related to martial law and have tendered my resignation to the president," Kim said in a statement. "All military personnel who carried out tasks related to martial law

...live discussions.

In his announcement, Yoon accused opposition lawmakers of "paralyzing the governance of the nation" through nearly two dozen impeachment motions against government officials, and of blocking budget negotiations.

He also said that Yoon declared emergency status late at night to minimize damage to the national economy and residents' daily lives, and deployed just an hour after the order. He told lawmakers from troops gave to revoke his decree, the official said.

But the main opposition Democratic Party said Wednesday that Yoon drove to declare martial law undermined the constitution and democracy. Its leader, Lee Jae-myung, warned that Yoon could attempt to impose martial law again and declare war on North Korea.

Six opposition parties, led by the Democratic Party, submitted a motion to impeach Yoon to the National assembly on Wednesday afternoon.

An impeachment motion, which must be voted on within 72 hours of being formally introduced, would need the support of two-thirds of the assembly to succeed, because Yoon's party controls 108 of the 300 seats, at least eight PPP lawmakers would need to cross the aisle for it to pass.

If the National Assembly passes the impeachment motion, the matter would head to the nine-member constitutional court, which requires a two-thirds vote to impeach the president. Proceedings could be delayed, as the court currently has only six

...and how," he said.

While Yoon's critics have been calling for his impeachment for more than a year — a weekly Saturday protest calling for his ouster is held in the center of Seoul, creating havoc for weekend traffic — the effort will become more serious because proponents can now point to a concrete decision that could rally the public.

South Korea is no stranger to calls for presidential impeach-



...ment can be used as a political tool, said Park, the political consultant. These calls have intensified as South Korea has become more polarized, he said.

Yoon took office in 2022 with the narrowest democratic margin in history. Without a clear mandate, he struggled to gain popular support for his most controversial policies — and he has not tried actively to expand his base, analysts said.

...won in Korean forces, essentially accusing the Democratic Party of being North Korea sympathizers acting in Pyongyang's interest by challenging his conservative government.

This evoked a darker era that many South Koreans fear the nation has left behind, Hur said.

"I don't know if he's fully aware of how much of a historical stain this is going to be in South Korea's democratic record," she said.

Others noted the strength of

*"Yoon is done. It's just a matter of when and how."*

Benjamin Engel, a visiting professor at Dankook University

sels that "were obviously watching the developments very closely. This is one of our closest partners and allies around the world. We welcome President Yoon's statement withdrawing the martial law order."

The United States has indefinitely postponed executive meetings of the nuclear consultative group with South Korea, a U.S. official said, given the turmoil at the top in Seoul, including proceedings impeachment of the defense minister.

As of Wednesday morning Washington time, there had still been no cabinet-level communication between the two capitals, the official added, speaking on the condition of anonymity because of sensitivity of the issue. Washington was "totally taken by surprise" and "extremely concerned" by Tuesday's events.

"We see this as a situation in which the ROK is demonstrating democratic resilience, but obviously we need that to continue," the official said.

There was particular concern over whether the allies would be able to continue taking a hardline approach toward North Korea and strengthening trilateral relations among Washington, Seoul and Tokyo.

Yoon's decision to hew close to President Biden and strengthen South Korea's alliance with the United States has won him many fans in Washington policy circles.

But even as he was feted in Washington, Yoon's popularity at home plummeted because of his controversial policies and stubborn governing approach, as well as scandals surrounding his wife and other officials from his party.

USA_LTR000067

# Amnesty says Israel is committing genocide against Palestinians in Gaza

BY LOUISA LOVELUCK
AND MISSY RYAN

Amnesty International said in a report Wednesday that Israel is committing acts of genocide against Palestinians in Gaza.

The declaration by one of the world's most prominent rights organizations is likely to intensify a debate that has raged for months over how to characterize Israel's military campaign against Hamas, which has killed tens of thousands of people and left much of Gaza in ruins.

Israel's government says it is fighting a war of self-defense following the Hamas-led attacks on Oct. 7, which some 1,200 people, most of them civilians, and dragged another 250 hostages back to Gaza.

"The claims presented in this report are entirely baseless," the Israeli military said in a statement to The Washington Post, saying it "is actively working to dismantle Hamas' military infrastructure while adhering to its obligations under international law."

### Here's what to know.

## What did Amnesty say?

In its 296-page report, the rights group detailed a series of military and political actions — from individual atrocities to government decisions that have caused death and serious bodily or mental harm on a massive scale. Taken together, the group said, Israel was deliberately inflicting on Gazans conditions meant to bring about their physical destruction, in whole or in part — the internationally recognized definition of genocide.

"Amnesty International concludes that following 7 October 2023, Israel committed and is committing genocide against Palestinians in Gaza," the organization said.

Although the report focused on a nine-month period between October 2023 and June 2024, the group said there has been no significant change in Israel's conduct and that its offensive in Gaza has expanded in the months since it reached the conclusion.

More than 44,000 Palestinians have been killed over nearly 14 months of fighting, according to the Gaza Health Ministry, which does not distinguish between civilians and combatants but says the majority of the dead are women and children.

Ninety percent of the population has been displaced, often multiple times, as Israel's infrastructure, including hospitals, water, parts and bakeries — has come under repeated attack, local restrictions on aid deliveries and organized criminal looting have accelerated a hunger crisis, humanitarian groups say, leaving parts of Gaza on the brink of famine.

Israel says its military operations are aimed at eradicating Hamas, which has been significantly weakened over 13 months of war but remains the de facto authority in parts of the enclave. Amnesty concluded that Israel's stated strategy does not preclude acts of genocide.

Such acts "can be the means through which a military strategy is accomplished," said Paul O'Brien, executive director of Amnesty International USA. "What the law requires is that we prove that there is sufficient evidence that there is [genocidal] intent, amongst all the other complex intents that are going to exist in a military campaign."

O'Brien said the group's finding, the first of its kind by a major rights organization, should compel policymakers to rethink their support for Israel.

The group is calling on the United States, Israel's main financial and diplomatic backer, to halt arms sales. "It's important because the genocide is ongoing and will continue unless steps are taken to stop what's happening on the ground," O'Brien said.

## What have courts found?

International courts have found that Israel is likely committing war crimes in Gaza, though a final legal determination on the question of genocide is likely to take years.

Last December, South Africa brought a case against Israel to the International Court of Justice, the United Nations' highest court, alleging that the country was in breach of its obligations under the Genocide Convention. The court ruled in January that Israel must do more to protect civilians to prevent the possibility of genocide, but did not order a halt to the fighting.

Last month, the International Criminal Court — the U.N. body that brings criminal cases against individuals — issued arrest warrants for Israeli Prime Minister Benjamin Netanyahu and former defense minister Yoav Gallant for war crimes and crimes against humanity. A statement from the court said it found "reasonable grounds to believe" that Netanyahu and Gallant bear responsibility for crimes there, including the use of starvation as a method of warfare, as well as "murder, persecution, and other inhumane acts."

In a statement responding to the ICC's arrest warrants, Netanyahu said Israel "utterly rejects the false and absurd charges" and called the court a "biased and discriminatory political body." No war, the statement added, was "more just" than the one Israel has waged in Gaza after the Oct. 7 attacks.

The court also issued an arrest warrant for Hamas military leader Mohammed Deif, charging him with crimes against humanity in connection with murder, torture, rape and the abduction of hostages. Deif was killed in a July airstrike, according to the United States and Israel, but the court said it could not confirm his death.

## What does Israel say?

In its report, Amnesty said it had received "no substantive answers" from Israeli authorities despite "repeated attempts to engage" over nearly a year.

In a statement to the Post, the Israeli military said the report's allegations of genocide and intentional harm are not only unfounded but also ignore Hamas' violations of international law, including the use of civilians as human shields and its deliberate targeting of Israeli civilians."

Israel has vehemently denied accusations of war crimes and genocide throughout the war in Gaza, saying the charges are politically motivated and undermine the country's legitimate right to self-defense.

The United States has a robust system of accountability that can assess allegations of abuse or criminality wherever they arise, and deal with them accordingly — negating the need for international prosecution.

## What does the U.S. say?

While President Joe Biden has offered increasingly pointed criticisms of Israel's conduct in Gaza — lamenting the civilian death toll, demanding Israeli authorities to do more to facilitate aid deliveries and bemoaning Netanyahu's resistance to a cease-fire — his administration has continued to send arms to support the war effort.

"Our position on this has not changed, and allegations of genocide are unfounded. A State Department spokesperson said in response to Amnesty's findings, speaking on the condition of anonymity under ground rules set by the department.

As the death toll in Gaza has mounted and political pressure has intensified, the administration has shied away from conclusive assessments about Israel's compliance with global and U.S. laws. In May, officials concluded it was "reasonable to assess" that Israel had violated international law with American weapons in Gaza but that there was insufficient evidence to draw firm conclusions.

In October, The Post reported that the United States had received nearly 500 reports alleging that Israel used U.S.-supplied weapons for attacks that caused unnecessary harm to Gazan civilians, but had failed to comply with its own policies requiring swift investigations of such claims.

USA_LTR000068

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

            v.                            :            CRIMINAL NO.  25-453

CLIFT A. SEFERLIS                        :


<u>**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**</u>


# <u>EXHIBIT 20</u>



USA_LTR000095

CSI-1

Asset: P2L1B01D
Case: 25-025-375
Officer: Fiske12379
Agency: MPDHQ
Date: 5/2/21 17:11:14

# Israeli airstrikes in eastern Lebanon are hitting civilians without warning

**Baalbek residents were told to flee, but most attacks are outside city**





USA_LTR000097

